**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **COREY SIPKIN PHOTOGRAPHY LLC,** | |
| **Plaintiff,** | |
| **-against-** | **25-cv-7100 (ALC)** |
| **TGD MARKETING LIMITED** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

Defendants' answer was due November 10, 2025. Defendants have until April 10, 2026 to answer otherwise they risk default judgment being entered in favor of Plaintiff.

**SO ORDERED.**

**Dated:**   April 3, 2026

New York, New York

ANDREW L. CARTER, JR.
United States District Judge